**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 57 MM 2022
:
Respondent :
:
:
:
v. :
:
:
ANDREW GINES, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.